STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: stacy.tucker@rmkb.com
Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and
WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA S. AGUIRRE,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and WELLS FARGO & COMPANY,<br><br>Defendants. | Case No: 3:18-cv-02416-JD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING DEFENDANT WELLS FARGO & COMPANY** |

**WHEREAS**, this action arises under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. Section 1132;

**WHEREAS**, WELLS FARGO & COMPANY ("Wells Fargo") is an employer and plan sponsor offering benefits to eligible employees under a group disability income policy issued by Liberty Life Assurance Company of Boston ("Liberty Life");

**WHEREAS**, plaintiff Rosa Aguirre named Wells Fargo as a defendant in this action;

**WHEREAS**, the complaint in this action pleads one claim against all defendants for relief under ERISA, arising from the denial of benefits under the insurance policy to which plaintiff alleges she is entitled;

**WHEREAS**, although Liberty Life denies that it or Wells Fargo is liable for any of the

4833-3057-8791.1

STIP TO DISMISS WELLS FARGO,
3:18-CV-02416-JD

claims, or under any of the theories, alleged by plaintiff in this action, Liberty Life agrees that it will be liable for any judgment or settlement in this action;

**IT IS STIPULATED** that WELLS FARGO & COMPANY shall be and is hereby dismissed from this action with prejudice, with each party to bear its own fees and costs, and plaintiff shall neither amend, nor seek leave to amend, the complaint in this action to name WELLS FARGO & COMPANY as a defendant in this action.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED**.

Dated: June 5, 2018        DEFLINO GREEN & GREEN


By: */s/ William Green*
    William Green
    Attorneys for Plaintiff, ROSA S. AGUIRRE


Dated: June 5, 2018        ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Stacy Monahan Tucker*
    STACY MONAHAN TUCKER
    Attorneys for Defendants, LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON and
    WELLS FARGO & COMPANY

## **ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, WELLS FARGO & COMPANY ("Wells Fargo"), is hereby dismissed from this action with prejudice, with each party to bear its own fees and costs; and plaintiff shall neither amend, nor seek leave to amend, her complaint to name Wells Fargo as a defendant in this action.

Dated: June 26, 2018  By: _____
JAMES DONATO
UNITED STATES DISTRICT JUDGE